# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No.  2:19-cv-07103-RGK-PLAx    Date  June 30, 2020

Title:  Dwain Lammey v. Jung Sun Kim, et al.

Present: The Honorable  R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Daisy Rojas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Case should have been closed on February 28, 2020, per the Notice of Voluntary Dismissal [31].

☐ Entered _____.

Initials of Preparer   dr